

SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TINA SNELLINGS
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Tina.Snellings@usdoj.gov
*Attorneys for the United States of America*

FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

JAN 07 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

        vs.

GREGORY URBANEK,

    Defendant.

**SEALED
CRIMINAL INDICTMENT**

**Case No.  2:26-cr-0001-GMN-NJK**

**VIOLATIONS:**

18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) - Dealing in Firearms Without a License

18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Felon in Possession of a Firearm

**THE GRAND JURY CHARGES:**

#### COUNT ONE
Engaging in the Business of Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

Beginning on or about April 30, 2025, and continuing up to and including on or about June 17, 2025, in the State and Federal District of Nevada,

**GREGORY URBANEK,**

2

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in that he sold the following firearms:

- a Winchester, 67, .22 caliber rifle, bearing no serial number;
- a Marlin, 60G, .410 caliber shotgun, bearing no serial number;
- a Remington Arms Co., 878, 12-gauge shotgun, bearing serial number 62715L;
- a Akkar Silah Sanayi Tic, Charles Daly Field, 20-gauge shotgun, bearing serial number 8606248;
- a Voere, Cougar, .30-06 caliber rifle, bearing serial number P46252;
- a New England Firearms, Pardner, 20-gauge shotgun, bearing serial number NT355711;
- a Smith & Wesson, SD40VE, .40-caliber pistol, bearing serial number FZJ3847;
- a Vezir Silah Sanayi, Carrera B100, 12-gauge shotgun, bearing serial number 21VZ1591;
- a Mossberg, 500A 12-gauge shotgun, bearing serial number L157314;
- a Springfield Armory, M1, .30-caliber rifle, bearing serial number 5379834;
- a Hatfield Gun Co., PAS, 12-gauge shotgun, bearing serial number 12P20000228;
- a DPMS Inc., A-15 .223 rifle, bearing serial number FH231838;
- a Mossberg, MVP 7.62 mm rifle, bearing serial number MVP081538; and
- a DPMS Inc., A-15 .223 caliber rifle, bearing serial number F131894K,

all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT TWO**
Prohibited Person in Possession of a Firearm
(18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about April 30, 2025, in the State and Federal District of Nevada,

**GREGORY URBANEK,**

defendant herein, knowing he had been convicted of crimes punishable by imprisonment for a term exceeding one year, that is: Attempted Grand Larceny in the District Court of Nevada, Clark County, on or about September 2, 2010, in case number C263437-1; Possession of Firearm by Ex-Felon in the District Court of Nevada, Clark County, on or about March 22, 2013 in case number C283698-1; and Trafficking in Controlled Substance in the District Court of Nevada, Clark County, on or about August 15, 2016 in case number C316062-1, knowingly possessed firearms, that is:

- a Winchester, 67, .22 caliber rifle, bearing no serial number;

- a Marlin, 60G, .410 caliber shotgun, bearing no serial number;

- a Remington Arms Co., 878, 12-gauge shotgun, bearing serial number 62715L;

- an Akkar Silah Sanayi Tic, Charles Daly Field, 20-gauge shotgun, bearing serial number 8606248;

- a Voere, Cougar, .30-06 caliber rifle, bearing serial number P46252;

- a New England Firearms, Pardner, 20-gauge shotgun, bearing serial number NT355711,

said possession being in and affecting commerce and said firearms having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

4

## COUNT THREE

Prohibited Person in Possession of a Firearm
(18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about May 9, 2025, in the State and Federal District of Nevada,

## GREGORY URBANEK,

defendant herein, knowing he had been convicted of crimes punishable by imprisonment for a term exceeding one year, that is: Attempted Grand Larceny in the District Court of Nevada, Clark County, on or about September 2, 2010, in case number C263437-1; Possession of Firearm by Ex-Felon in the District Court of Nevada, Clark County, on or about March 22, 2013 in case number C283698-1; and Trafficking in Controlled Substance in the District Court of Nevada, Clark County, on or about August 15, 2016 in case number C316062-1, knowingly possessed firearms, that is:

- a Smith & Wesson, SD40VE, .40-caliber pistol, bearing serial number FZJ3847;

- a Vezir Silah Sanayi, Carrera B100, 12-gauge shotgun, bearing serial number 21VZ1591;

- a Mossberg, 500A 12-gauge shotgun, bearing serial number L157314;

- a Springfield Armory, M1, .30-caliber rifle, bearing serial number 5379834;

- a Hatfield Gun Co., PAS, 12-gauge shotgun, bearing serial number 12P20000228;

- a DPMS Inc., A-15 .223 rifle, bearing serial number FH231838;

- a Mossberg, MVP 7.62 mm rifle, bearing serial number MVP081538,

said possession being in and affecting commerce and said firearms having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

5

## COUNT FOUR
Prohibited Person in Possession of a Firearm
(18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about June 17, 2025, in the State and Federal District of Nevada,

**GREGORY URBANEK,**

defendant herein, knowing he had been convicted of crimes punishable by imprisonment for a term exceeding one year, that is: Attempted Grand Larceny in the District Court of Nevada, Clark County, on or about September 2, 2010, in case number C263437-1; Possession of Firearm by Ex-Felon in the District Court of Nevada, Clark County, on or about March 22, 2013 in case number C283698-1; and Trafficking in Controlled Substance in the District Court of Nevada, Clark County, on or about August 15, 2016 in case number C316062-1, knowingly possessed a firearm, that is: a DPMS Inc., A-15 .223 caliber rifle, bearing serial number F131894K, said possession being in and affecting commerce and said firearm having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**DATED:** this January 7, 2026

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

TODD BLANCHE
Deputy Attorney General of the United States

TINA SNELLINGS
Assistant United States Attorney

6