RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for GREGORY URBANEK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GREGORY URBANEK,<br>Defendant. | Case No. 2:26-cr-00001-GMN-NJK<br>**STIPULATION TO ADVANCE CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender ALLIE WILSON, counsel for GREGORY URBANEK, Attorney General Todd Blanche, and Assistant United States Attorney TINA MARIE SNELLINGS, counsel for the United States of America, that the that the Change of Plea Hearing set for November 12, 2026, at 9:30 AM, be advanced to November 12, 2026, at 9:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Counsel requests this hearing be advanced to accommodate defense attorney scheduling conflict and to provide continuity of counsel to Mr. Urbanek.

3. Mr. Urbanek is on bond and consents to the continuance.

4. This is the first request to advance the Change of Plea Hearing.

DATED this 3rd day November, 2026.

RENE L. VALLADARES
Federal Public Defender

By *_/s/ Allie Wilson_*
ALLIE WILSON
Assistant Federal Public Defender
Counsel for GREGORY URBANEK

TODD BLANCHE
Attorney General

By: *_/s/Tina Marie Snellings_*
TINA MARIE SNELLINGS
Assistant United States Attorney
Counsel for the Government

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Change of Plea Hearing currently set for November 12, 2026, at 9:30 AM, be advanced to November 12, 2026, at 9:00 AM.

DATED this 3 day of November, 2026.

UNITED STATES DISTRICT JUDGE

United States of America v. Gregory Urbanek
2:26-cr-00001-GMN-NJK
STIPULATION TO ADVANCE CHANGE OF PLEA HEARING
(First Request)